UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-203-KSF

DR. JAVIER VASQUEZ                                                                                              PLAINTIFF

v.                                            **OPINION & ORDER**

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT, *et al*.                                                                          DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

  This matter is currently before the Court upon the motion of the defendants, Kroger Limited Partnership, I, and Luke Osborne, to dismiss the plaintiff's complaint for failure to prosecute. [DE #44]  The time for filing a response having expired, and no response having been filed, this matter is now ripe for review.

  As grounds for their motion, the defendants point to the Court's Order of January 18, 2007, granting the motion of plaintiff's counsel to withdraw and ordering that within sixty days new counsel shall enter an appearance on behalf of the plaintiff, or the plaintiff shall advise the Court in writing on the record of his intention to proceed *pro se*.  The Court further ordered that "if neither an appearance by counsel nor a *pro se* certification by the plaintiff is entered in the record within the stated deadline, the plaintiff risks dismissal of this action for failure to prosecute." [DE #39]

  More than sixty days have elapsed since the Court's January 18, 2007 Order without any entry of appearance by counsel on behalf of the plaintiff and without any indication of the plaintiff's intent to represent himself.  Therefore, the Court, being fully and sufficiently advised, HEREBY

1

ORDERS:

(1) that the defendants' motion to dismiss for failure to prosecute [DE #44] is GRANTED ONLY to the extent that the plaintiff shall SHOW CAUSE within TEN (10) DAYS of the entry of this Order why this action should not be dismissed for failure to prosecute. Failure to respond to this Order will result in a dismissal, with prejudice, of the plaintiff's action; and

2) the Clerk is DIRECTED to SERVE this Order on the plaintiff at his last known address.

This the 11th day of June, 2007.

**Signed By:**

*Karl S. Forester* KSF

**United States Senior Judge**