UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 06-203-KSF

DR. JAVIER VASQUEZ     PLAINTIFF

v.     **OPINION & ORDER**

LEXINGTON-FAYETTE URBAN
COUNTY GOVERNMENT, *et al*.     DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

This matter is currently before the Court on the defendants' motion to dismiss for failure to prosecute [DE # 44], to which all the defendants have now joined [DE # 46], as well as the Court's Order of March 13, 2007 allowing plaintiff sixty days to obtain new counsel or to indicate in writing that plaintiff intends to proceed *pro se*, and the Court's Opinion & Order of June 11, 2007 ordering the plaintiff to show cause within ten days why this action should not be dismissed for failure to prosecute as a result of plaintiff's failure to obtain new counsel or to indicate in writing his intention to proceed *pro se*. The plaintiff failed to file any response to the show cause order, and the time for filing such a response has expired.

Accordingly, the Court, being fully and sufficiently advised, **HEREBY ORDERS** as follows:

(1)     the defendants' motion to dismiss for failure to prosecute [DE # 44] is **GRANTED**;

(2)     this action is **DISMISSED**, with prejudice, for failure to prosecute and failure to comply with the Court's orders;

1

(3)  judgment will be entered contemporaneously with this Opinion and Order;

(4)  the pretrial conference and jury trial scheduled for October 18, 2007, and November 13, 2007, respectively, are **SET ASIDE**; and

(5)  the Clerk is **DIRECTED** to **SERVE** this Order on the plaintiff at his last known address.

This the 26th day of June, 2007.

Signed By:
*Karl S. Forester*  KSF
United States Senior Judge